AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 8 :23MJ1146CPT |
| Johnathan Daniel Thuemler | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 9, 2023 _____ in the county of _____ Pasco _____ in the

_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S. C. § 841(a)(1) | Possession with Intent to Distribute Narcotics |
| 18 U.S.C. § 922(g) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

SA John Cosentino, ATF
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: FEBRUARY 10, 2023

*Judge's signature*

City and state: _____ Tampa, FL _____

HONORABLE CHRISTOPHER P. TUITE U.S.M.J
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, John Cosentino, being duly sworn, depose, and state:

### Introduction

1.      I am a Special Agent ("S/A") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), U.S. Department of Justice, and have been so employed since March of 2017. I am currently assigned to the ATF Tampa Field Division, Tampa Group I.  Prior to ATF, I was employed as a Criminal Investigator/Deputy U.S. Marshal for approximately six and a half years. I have successfully completed the Federal Law Enforcement Training Center's Criminal Investigator Training Program, the ATF Special Agent Basic Training, as well as the Basic Deputy U.S. Marshal Training Program.

2.      I am authorized to investigate criminal violations of laws of the United States, including the Gun Control Act, the Explosives Control Act, the Anti-Arson Act, and the National Firearms Act, as well as to execute warrants issued under the authority of the United States.

3.      The information contained in this affidavit is based upon your affiant's personal observations, investigation or information relayed to your affiant by other federal, state and local law enforcement officers.  Because of the limited purpose of this affidavit, however, I have not included each and every fact known to me, but only those facts that I believe are necessary to establish probable cause in support of the requested complaint.

4.      I submit this affidavit in support of a Criminal Complaint charging Johnathan Daniel THUEMLER (DOB: 06/24/1990) and John Cory MORRISON (DOB: 06/20/1989) with committing the following offenses:

a.      Being a Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).

b.      Possessing with Intent to Distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### Probable Cause

5.      On February 9, 2023, at approximately 3:35 p.m., deputies with the Pasco County Sheriff's Office ("PCSO") observed a black Chevrolet Silverado pickup truck with Oregon license plate: 0B0484 fail to stop at a stop sign.  Deputies subsequently conducted a traffic stop of the vehicle in the area of 4507 US Highway 19 and Trouble Creek Road, in New Port Richey, Florida – a location within the Middle District of Florida.

6.      As deputies approached the vehicle and began speaking with the driver, later identified as Johnathan THUEMLER, a deputy observed a handgun partially hidden underneath his leg.  Deputies instructed THUEMLER to exit the vehicle and he was detained.

7.      Deputies recovered a Polymer80 Inc., Glock style semi-automatic pistol, chambered in 9mm with no serial number from between the driver's seat and center console. The firearm was loaded with eleven (11) rounds of Winchester 9mm Luger ammunition.

2

8.     While emptying THUEMLER's pockets, two (2) blue pills with "M" and "20" inscribed fell to the ground, which deputies identified as being Oxycodone Hydrochloride. Deputies read THUEMLER his *Miranda* warnings and, after acknowledging that he understood and wished to speak, THUEMLER stated he was a convicted felon and served two years in prison for distribution of heroin. While speaking with agents, THUEMLER stated he manufactured the Polymer80 Inc., Glock style semi-automatic pistol in Oregon and transported the firearm to Florida.

9.     Deputies subsequently made contact with the front passenger of the vehicle, who was later identified as John Cory MORRISON. According to deputies, MORRISON motioned his hands in front of his body and indicated he was in possession of a firearm, which was concealed from view.

10.    Deputies recovered a Taurus, ultra-lite revolver, chambered in .38 Special with serial number XD 83722, loaded with five rounds of Norma 38 Special ammunition from MORRISON'S front waistband.

11.    Deputies read MORRISON his *Miranda* warnings and after acknowledging that he understood them and wished to speak, MORRISON, stated he was a convicted felon and was currently on parole for robbery in Oregon.

12.    Deputies searched the vehicle and located 124 pills (approximately 13 grams) that field tested positive for fentanyl; two grams of a substance that field tested positive for methamphetamine; 35 Suboxone strips; seven Suboxone pills; and 11 pills identified as legend drugs.

3

13.     While speaking to Deputies, MORRISON and THUEMLER stated they recently drove from Oregon to Florida and were staying at the Holiday Hotel & Resort located at 2337 US Highway 19, Holiday, Florida 34691, specifically in room 109.

14.     The Holiday Hotel & Resort is located approximately 2.3 miles from the traffic stop location.  Both MORRISON and THUEMLER consented to a search of their room at the Holiday Hotel & Resort.

15.     The following items were recovered by law enforcement as a result of the consent search: 2009 pills (approximately 222 grams) that field tested positive for fentanyl; 19.6 pounds of a green leafy substance that field tested positive for marijuana; 107 doses of suspected steroids; and $3,185.00 in US Currency.

16.     On February 9, 2023, I reviewed a criminal history report from the National Crime Information System ("NCIC") and determined that MORRISON is a convicted felon, based upon but not limited to the following offenses.

a. Convicted on October 19, 2017, for Identity Theft in Washington County, Oregon, in case # 17CR57223.

b. Convicted on October 19, 2017, for Unauthorized Use of Motor Vehicle in Washington County, Oregon, in case # 17CR57223.

c. Convicted on October 19, 2017, for Assault II Attempt in Washington County, Oregon, in case # 17CR57223.

d. Convicted on October 19, 2017, for Robbery I Attempt in Washington County, Oregon, in case # 17CR57223.

4

e. Convicted on October 19, 2017, for Criminal Mischief 1st Degree in Washington County, Oregon, in case # 17CR57223.

f. Convicted on October 18, 2017, for Unauthorized Use of Motor Vehicle in Washington County, Oregon, in case # 17CR57223.

g. Convicted on October 18, 2017, for Assault 2nd Degree in Washington County, Oregon, in case # 17CR57223.

h. Convicted on October 18, 2017, for Robbery 1st Degree in Washington County, Oregon, in case # 17CR57223.

i. Convicted on October 18, 2017, for Criminal Mischief 1st Degree in Washington County, Oregon, in case # 17CR37590.

j. Convicted on September 26, 2014, for Arson 1st Degree in Washington County, Oregon, in case # 1141473CR.

k. Convicted on September 24, 201, for Unlawful Possession of Methamphetamine in Washington County, Oregon, in case # C131680CR.

l. Convicted on July 10, 2012, for Possession of Heroin in Washington County, Oregon, in case # C121468CR.

17.     On February 9, 2023, I reviewed a criminal history report from the National Crime Information System ("NCIC") and determined that THUEMLER is a convicted felon based upon but not limited to the following offenses.

a. Convicted on December 3, 2012, for Unlawful Delivery of Heroin in Washington County, Oregon, in case # C121568CR.

5

b. Convicted on December 3, 2012, for Unlawful Possession of Heroin in Washington County, Oregon, in case # C121568CR.

18.     On February 9, 2023, I conducted and examination of the below listed firearms and ammunition:

a. Polymer80 Inc., Glock style semi-automatic pistol, chambered in 9mm with no serial number;

b. Eleven (11) rounds of Winchester 9mm Luger ammunition;

c. Taurus, ultra-lite revolver, chambered in .38 Special with serial number XD 83722; and

d. Five (5) rounds of Norma 38 Special ammunition.

19.     Based upon my examination and research of the above-described weapons and ammunition, as well as my knowledge, training, and experience, I believe the above-described weapons are firearms as defined in Title 18 U.S.C. Section 921(a)(3), and all listed rounds meet the definition of ammunition as defined in Title 18 U.S.C. 921(a)(17)(a).

20.     Further, I believe the above-described firearms and ammunition were not manufactured in the State of Florida.  Therefore, the firearms and ammunition would have had to travel in or affect interstate or foreign commerce prior to their recovery in the State of Florida.

21.     Based on the aforementioned facts, I believe there is probable cause to believe that on February 9, 2023, Johnathan Daniel THUEMLER and John Cory MORRISON were convicted felons and possessed firearms in violation of 18 U.S.C.

6

§ 922(g)(1) and Possessed with Intent to Distribute a controlled substance (fentanyl)

in violation of 21 U.S.C. § 841(a)(1), both violations occurring within the Middle

District of Florida.

John Cosentino, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to before me over the telephone or other reliable electronic means and signed
by me pursuant to Fed R. Crim P. 4.1 and 4(d), on this ___10___ day of February,
2023.

The Honorable Christopher P. Tuite
United States Magistrate Judge

7